# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 332 WAL 2017

               Respondent         :

                                :   Petition for Allowance of Appeal from

               v.                    :   the Order of the Superior Court

CHARLES THEISEN,                 :

               Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.